# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| KATE RICKETTS, et al., | : | |
| Plaintiffs, | : | Civil Action No. 2:24-cv-00577 |
| v. | : | |
| RYAN R. BLACK, et al., | : | **Judge MICHAEL H. WATSON** |
| Defendants. | : | **Magistrate Judge CHELSEY M. VASCURA** |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs and Defendants stipulate that the above captioned lawsuit be dismissed with prejudice. Each party shall bear its own attorneys' fees and costs.

Respectfully submitted:

/s/ Cassaundra Sark-email auth. 7/18/24
Cassaundra Sark (0087766)
Lambert Law Office
P.O. Box 725
Ironton, Ohio 45638
(740) 532-4333

*Attorney for Defendants*
*Hocking County and Ryan Black*

/s/ Michael A. Moses
Michael A. Moses, Attorney
Moses Law Offices, L.L.C.
136 West Mound Street-Suite 100
Columbus, Ohio 43215-5020
Off. (614) 224-7294
Cell (614) 316-7571
michaelmoses@moseslawllc.com

*Attorney for Plaintiffs*
*Kate Ricketts and Kelsey Vanscyoc*

## **CERTIFICATE OF SERVICE**

I certify that on July 18, 2024 a copy of the foregoing was filed with the Court and will be served upon all parties via the Court's electronic filing system.

<u>/s/ Michael A. Moses</u>
 Michael A. Moses (0025243)
*Attorney for Plaintiffs*